IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02903-MSK-CBS | Date: July 17, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                       *Counsel:*

TERRANCE M. FARRELL, III,          *Pro se*

Plaintiff,

v.

CELIA SCHWARTZ,                      Jacquelynn Rich Fredericks

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 01:40 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding pending motions.

**ORDERED:**   *[36] Request for Injunction* is **DENIED AS MOOT.**

               *[38] Motion to Clarify Request for Injunction* is **DENIED AS MOOT.**

               *[18] Motion to Amend Complaint* is **DENIED without prejudice.**

               *[27] Second Request to Amend Complaint to include Issues Pertaining to Administrative Remedy System and Legal Access Program for Offenders* is **DENIED without prejudice.**

               *[22] Motion for Assistance* is **DENIED.**

Defense counsel did not file a response to motions [18] and [27] as they were filed before defense counsel entered her appearance and was not served these motions.

Further discussion regarding amending the complaint, deficiencies in the complaint, and the Plaintiff's standing now that is not incarcerated.

Mr. Farrell is advised that he needs to file a change of address in all of his cases if his address changes in the future.

Mr. Farrell would like oral argument in regards to *[29] Motion to Dismiss Second Amended Complaint (doc. 10)*.  The court will issue an order setting this for hearing in the latter part of August.  If the date for the hearing does not work for either party, they shall file a motion and the hearing will be reset.

Hearing Concluded.

**Court in recess: 02:31 p.m.**
Time in court: 00:51

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.