IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-02903-MSK-CBS

TERRANCE M. FARRELL III,

    Plaintiff,

v.

CELIA SCHWARTZ,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order on Objections to Magistrate Judge's Recommendation by Chief Judge Marcia S. Krieger (**Doc. #71**) filed on March 23, 2016, adopting the recommendation issued by the Magistrate Judge (**Doc. #64**) and Granting the Motion to Dismiss (**Doc. #29**), it is

ORDERED that:

The Recommendation of Magistrate Judge Shaffer (**Doc. #64**) is **ADOPTED** in accordance with (**Doc. #71**).

The case is DISMISSED without prejudice and will be closed.

Dated this 24th day March, 2016.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      s/Patricia Glover
                                        Deputy Clerk